# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JENNIE VALENCIA, | No. CV 08-01699-VBF (VBK) |
| Petitioner, | JUDGMENT |
| v. | |
| SCHELIA A. CLARK, | |
| Respondents. | |

Pursuant to the Order Accepting and Adopting the Report and Recommendation of the United States Magistrate Judge, and dismissing Petition for Writ of Habeas Corpus ("Petition"),

**IT IS ADJUDGED** that the Petition is dismissed.

DATED: August 5, 2008

VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE